UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GIOVANNI WALKER,<br><br>             Plaintiff,<br><br>   vs.<br><br>WILLIE RODRIGUEZ and KERRI ADLER,<br><br>             Defendants. | NO. CV-07-0081-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION and SETTING TELEPHONIC STATUS CONFERENCE |

    Magistrate Judge Imbrogno filed a Report and Recommendation on December 21, 2009, recommending Defendant's Motion for Summary Judgment be denied in part and granted in part. (Ct. Rec. 66.) Objections to the Report and Recommendation were due on January 7, 2010. There being no objections to the Report and Recommendation, the court **ADOPTS** the Report and Recommendation.

    Accordingly, **IT IS HEREBY ORDERED**:

    1. Defendant's Notion for Summary Judgment (Ct. Rec. 48) is **GRANTED**, in part, and **DENIED**, in part.

    2. The claims asserted against Jon Doe and John Doe 2 are **dismissed**, with prejudice.

    3. The Eighth Amendment inadequate medical care claims asserted against Defendants Rodriguez and Adler are **dismissed**, with prejudice.

ORDER ADOPTING REPORT AND RECOMMENDATION and SETTING TELEPHONIC STATUS CONFERENCE - 1

4. The following claims remain to be resolved at trial:

    a. Eighth Amendment claims of excessive force;

    b. State tort claims of gross negligence against Defendant Adler and claims of assault and batter against Defendant Rodriguez.

5. A telephonic status conference is set for **March 11, 2010**, at 10:30 a.m., in Spokane, Washington. Plaintiff and counsel are directed to call the Court conference line, (509) 458-6380, at the designated time.

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to Plaintiff at his last address of record and to counsel for Defendants.

**DATED** this 1st day of February, 2010.

                              *s/Robert H. Whaley*

                              ROBERT H. WHALEY
                         United States District Judge