UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GIOVANNI WALKER,

    Plaintiff,

v.

GRANT COUNTY JAIL, KERRI ADLER, and WILLIE RODRIGUEZ,

    Defendants.

NO. CV-07-081-RHW

**ORDER OF DISMISSAL**

    The Court held a scheduling conference in the above-captioned matter on May 13, 2010, at which time Plaintiff failed to appear. At the hearing, the Court dismissed the case for failure to prosecute. This order memorializes that oral ruling.

    Accordingly, **IT IS HEREBY ORDERED** that the above-captioned matter is **dismissed** for failure to prosecute.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to Plaintiff and defense counsel, and **close the file.**

    **DATED** this 19th day of May, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2007\Walker\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1